# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luxottica Group SpA, | No. CV-23-01393-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| MySpecs Limited, et al., | |
| Defendants. | |

The Court having reviewed the parties' Joint Stipulation for Dismissal (Doc. 47),

**IT IS ORDERED** the Stipulation (Doc. 47) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

**IT IS FURTHER ORDERED** the Clerk of Court shall close this case.

Dated this 9th day of December, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge